# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2018

SEAN F. McAVOY, CLERK

ANNE T.,

)
)
*Plaintiff* )
)
v. )    Civil Action No.   1:17-CV-3120-FVS
COMMISSIONER OF SOCIAL SECURITY, )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Plaintiff's Motion for Summary Judgment (ECF No. 12) is GRANTED.  Defendant's Motion for Summary Judgment (ECF No. 16) is DENIED.  Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Rosanna Malouf Peterson    on Motions for Summary Judgment
(ECF Nos. 12 and 16).

Date:  October 9, 2018 _____        *CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb